# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RICHARD J. PICCIANO,**

    **Plaintiff,**

vs.                  **CASE NUMBER: 5:07-cv-781 (GTS/GHL)**

**STEPHAN MCLOUGHLIN,**

    **Defendant.**

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the jury having returned a verdict of no cause of action as against the defendant, all claims against Defendant Stephan McLoughlin are hereby dismissed.

    All of the above pursuant to the jury verdict rendered on November 10, 2010 before the Honorable Judge Glenn T. Suddaby.

DATED: November 10, 2010

*[signature]*
Clerk of Court

s/ _____
L. Welch
Deputy Clerk